IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| SERGIO GOMEZ-HERNANDEZ, ) | Case No. 5:25-MJ-102 (MJK) |
| ) | |
| ) | NOTICE OF APPEAL |
| Defendant. ) | |

Notice is hereby given that the United States of America, by and through its counsel, the United States Attorney for the Northern District of New York, Assistant United States Attorney Jessica N. Carbone, of counsel, appeals to the United States District Court for the Northern District of New York from the Release Order by U.S. Magistrate Judge Mitchell J. Katz, entered on April 11, 2025.

Dated: April 14, 2025

Respectfully submitted,

JOHN A. SARCONE III
United States Attorney

By: *(signature)*

Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490